IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TIM REED,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-197-jdp

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Nancy A. Berryhill against plaintiff Tim Reed affirming the Commissioner's decision denying plaintiff's claim for disability insurance benefits and supplemental security income under the Social Security Act and dismissing plaintiff's appeal.

      s/ A. Wiseman, Deputy Clerk           October 30, 2017
      Peter Oppeneer, Clerk of Court              Date